IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **DRUE ALLEN HOLLIS I,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION No. 4:23-cv-0232-P-BJ |
| | § | |
| **TARRANT COUNTY,** | § | |
| | § | |
| Defendant. | § | |

**FINDINGS, CONCLUSIONS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff, Drue Allen Hollis I, has filed a civil case. ECF No. 1. Resolution of preliminary matters was referred to the United States Magistrate Judge pursuant to the provisions of 28 U.S.C. § 636(b) and Special Order No. 3. ECF No. 5. The findings, conclusions and recommendation of the United States Magistrate Judge are as follows:

**FINDINGS AND CONCLUSIONS:**

A.   NATURE OF THE CASE

This case is a new civil action.

B.   PARTIES

Drue Allen Hollis I is the Plaintiff and Tarrant County is named as Defendant. ECF No. 1.

C.   LEGAL ANALYSIS

Plaintiff has filed multiple lawsuits in this Court and has accumulated three strikes under 28 U.S.C. § 1915(g). *See, e.g.*, *Hollis v. Webber*, No.4:22-cv-0032-O; *Hollis v. Sweetwater*, No.

4:22-cv-0432-O; *Hollis v. Rousch*, No. 4:22-cv-0608-P. On December 12, 2022, the Court dismissed *Hollis v. Eyes on Camp Bowie, P.A.*, No. 4:22-cv-1043-P, finding that Plaintiff is a vexatious litigant and sanctioning him by requiring that he obtain leave of court before filing any further complaints in this Court. Plaintiff filed this case without obtaining leave of court.

Courts possess the inherent power to "protect the efficient and orderly administration of justice and . . . to command respect for the court's orders, judgments, procedures, and authority." *In re Stone*, 986 F.2d 898, 902 (5th Cir. 1993). The undersigned can take judicial notice of Plaintiff's litigation record and sanctions imposed on him. Fed. R. Evid. 201(b)(2) & (c)(1); *see Sparkman v. Charles Schwab & Co.*, 336 F. App'x 413, 415 (5th Cir. 2009). Plaintiff was on notice that he could not file any other action without leave of court. No.4:22-cv-1043-P, ECF Nos. 9, 15. Yet, he did not seek or obtain leave to proceed with this action.

## RECOMMENDATION

It is therefore **RECOMMENDED** that that all of Plaintiff's claims be **DISMISSED** for failing to comply with the sanction order.

## NOTICE OF RIGHT TO OBJECT TO PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATION AND CONSEQUENCES OF FAILURE TO OBJECT

A copy of this report and recommendation shall be served on all parties in the manner provided by law. Under 28 U.S.C. § 636(b)(1), each party to this action has the right to serve and file specific written objections in the United States District Court to the United States Magistrate Judge's proposed findings, conclusions, and recommendation within fourteen (14) days after the party has been served with a copy of this document. The United States District Judge need only make a de novo determination of those portions of the United States Magistrate Judge's

proposed findings, conclusions, and recommendation to which specific objection is timely made. *See* 28 U.S.C. § 636(b)(1). Failure to file by the date stated above a specific written objection to a proposed factual finding or legal conclusion will bar a party, except upon grounds of plain error or manifest injustice, from attacking on appeal any such proposed factual findings and legal conclusions accepted by the United States District Judge. *See Douglass v. United Servs. Auto Ass'n*, 79 F.3d 1415, 1428–29 (5th Cir. 1996) (en banc), *superseded by statute* 28 U.S.C. § 636(b)(1) (extending the deadline to file objections from ten to fourteen days).

## ORDER

Under 28 U.S.C. § 636, it is **ORDERED** that Plaintiff is granted until **March 21, 2023** to serve and file written objections to the United States Magistrate Judge's proposed findings, conclusions and recommendation.

It is further **ORDERED** that the above-styled and numbered action, previously referred to the United States Magistrate Judge for findings, conclusions and recommendation, be and is hereby, **RETURNED** to the docket of the United States District Judge.

SIGNED March 7, 2023.

JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE