UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**DRUE A. HOLLIS I,**

  Plaintiff,

v.                                   No. 4:23-cv-0232-P

**TARRANT COUNTY,**

  Defendant.

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. Per the Order entered on April 4, 2023:

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice**.

The Clerk is **DIRECTED** to transmit a true copy of this Final Judgment to the Parties.

**SO ORDERED** on this **4th day** of **April 2023.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE